John Muschelewicz et al., appellees, v. James O. Koontz and Helen Koontz, appellants. Calumet City State Bank and William L. O'Connell, defendants. Gen. No. 39,593.

Opinion filed March 11, 1938.

James O. Koontz, *pro se* and for other appellant. John E. Pavlik, for appellees; John M. Bryant, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Julius Pelkey, appellee, v. R. F. Eagle and Virginia Eagle, appellants. Gen. No. 39,875.

Opinion filed March 11, 1938.

Cassels, Potter, Bentley, for appellants; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Norman Peters and Leo G. Hanna, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Alice Byram Howard, individually and as executrix under last will and testament of Harold A. Howard, deceased, appellee, v. Mary Katherine Jones Ormonde, appellant. Gen. No. 39,388.

Opinion filed March 11, 1938.

Denis E. Sullivan, Jr., for appellant. Anderson & Clarke, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

City National Bank and Trust Company of Chicago, appellant, v. Rose Wainauskas, also known as Rosdijci Wainauskas, appellee. Gen. No. 39,399.

Opinion filed March 11, 1938. Rehearing denied March 30, 1938.

L. Claude Dollahan, for appellant. Irene V. McCormick, for appellee; Nellie Mac Namara, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.